United States District Court
Souther Illinois District Court

CHESARAY RAYBORN,          21-1200-JPG
       PLAINTIFF,

V.
                              Case No: N/A
                              JURY TRIAL
                              DEMANDED

USP MARION,
FBOP,
       DEFENDANT,

## CIVIL COMPLAINT

This is a civil rights action filed by Chesaray Rayborn, pro-se for damages and injunctive relief under 42 U.S.C. §1983, alleging medical malpractice, medical negligence, deliberate indifference, CDC guideline violations, and blatant disregard of PPE protocol in violation of the Eighth Amendment Right in the United States Constitution. The plaintiff also alleges the tort of reckless endangerment to exposure of COVID-19.

## JURISDICTION

1. The Court has jurisdiction over the plaintiff's claim of violation of federal constitutional rights under 42 U.S.C.

§1331(a) and 1343.

## PARTIES

2. The plaintiff, Chesaray Rayborn is incarcerated at United States Penitentiary Marion, where the events described in this complaint took place.

3. Defendants, United States Penitentiary Marion and the Federal Bureau of Prisons are being sued.

## FACTS

4. Plaintiff was sentenced to 51 months in a federal prison. Plaintiff arrived at USP Marion on July 30, 2021, and housed in G unit, a quarantine unit with 1 man cells, but plaintiff was forced to cell with another inmate in this 1 man cell, and had to sleep on the floor.

5. Fifteen days later, plaintiff was placed in general population and housed in L unit, cell 213, which is a 3 man cell. Immediately, the plaintiff's anxiety level went up due to the fear of contracting SARS-CoV-2 in such close proximity.

6. COVID-19 thrives in densely populated areas like USP Marion. USP Marion is overcrowded and unsanitary. There is no way to social distance. Prisons are a petri dish for COVID-19.

7. Under the Obama administration, 3 man cells were deemed no longer admissable in the FBOP. Especially now, with a global pandemic that is ravenously devouring the incarcerated class, it is essential to house only 2 inmates to a cell.

Yet, USP Marion and the Federal Bureau of Prisons disregards federal laws, and continues, with full knowledge to house inmates in illegal 3 man cells. This deliberate indifference makes USP Marion an incubator for COVID-19.

8. The solution that USP Marion and the Federal Bureau of Prisons implement is to admit their guilt when it comes to disregarding PPE protocol, CDC guidelines, and federal laws is to simply pay the federally administered fines.

9. Plaintiff signed a plea deal for 51 months, yet USP Marion has illegally enhanced his federal sentence to a death sentence. Plaintiff suffers from preexisting chronic health problems: asthma, hypertension, obesity, sleep apnea, gastro-intestinal problems and respiratory issues. Plaintiff is a high risk factor to stroke, heart attack, and even death if he was to contract COVID-19. To continue to house plaintiff in a 3 man cell is a violation of his Eighth Amendment right to cruel and unusual punishment. With that being said, plaintiff's Fifth, Sixth, and Fourteenth Amendment Rights have also been viciously violated without any regard. Due to his chronic health ailments, plaintiff will die in a 3 man cell if he is exposed to the COVID-19 virus.

10. Yet USP Marion and the Federal Bureau of Prisons do not care. This is medical malpractice, medical negligence, deliberate indifference, CDC guideline violations, and reckless abandonment of PPE protocol. The USP Marion staff and the FBOP

3.

has failed in Keeping the Plaintiff safe.

11. USP Marion and the Federal Bureau of Prisons must be held accountable for their **wanton** disregard of the U.S. Constitution, federal laws, and PPE protocol when it comes to unsafely and inhumanely, housing inmates in 3 man cells.

12. USP Marion and the Federal Bureau of Prisons admit their guilt to all of the above mentioned statements by simply and happily paying all federally administered fines against them. Plaintiff does not believe in a fine when it comes to his life.

## CONCLUSION

WHEREFORE plaintiff seeks monetary relief jointly and severally against defendants USP Marion and the Federal Bureau of Prisons for mental anguish, pain and suffering and punitive damages in the sum of $250,000.00 dollars.

Date 9-27-2021

28 U.S.C. §1746/1621

Respectfully Submitted,

X _Chesaray A Rayborn_

Chesaray Rayborn
Reg# 20121-033
USP Marion
P.O. Box 1000
Marion, IL 62959

<u>Certificate of Service</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing civil complaint was mailed via the U.S. Postal Service on the date listed below and to the address listed below.

Date  9-27-2021                    X  _Chesany A Rayborn_
28 U.S.C. §/746//621        Chesany Rayborn

- Clerk of Court
  Illinois Southern
  P.O. BOX 249
  East St. Louis, IL 62202



Chesaray Rayborn # 20121-033
USP Marion
P.O. BOX 1000
Marion, IL 62959

LEGAL MAIL

SAINT LOUIS MO 630

27 SEP 2021 PM4 L

US MARSHALS

FOREVER USA
PURPLE HEART

Clerk of Court
Illinois Southern
P.O. BOX 249
East St. Louis, IL 62202

62202-024949



RECEIVED

SEP 3 0 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE