"Second Amended Complaint"

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Chesaray Rayborn
_____  )
_____  )   Case Number: 21-CV-01200-JPG
_____  )              _____
_____  )              (Clerk's Office will provide)
  Plaintiff(s)/Petitioner(s)  )
                        v.   )
                             )   ☐ CIVIL RIGHTS COMPLAINT
USP Marion               )   pursuant to 42 U.S.C. §1983 (State Prisoner)
 FBOP                    )   ☑ CIVIL RIGHTS COMPLAINT
Warden Sproul            )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____  )   ☐ CIVIL COMPLAINT
                             )   pursuant to the Federal Tort Claims Act, 28 U.S.C.
  Defendant(s)/Respondent(s)  )   §§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of
     confinement. Chesaray Rayborn #20121-033
                  USP Marion
                  P.O. BOX 1000
                  Marion, IL 62959

**Defendant #1:**

B.   Defendant _____Warden Sproul_____ is employed as
                 (a)    (Name of First Defendant)
     _____Warden_____
                 (b)         (Position/Title)
     with ____USP Marion_____
                 (c)    (Employer's Name and Address)

     _____

     At the time the claim(s) alleged this complaint arose, was Defendant #1
     employed by the state, local, or federal government?   ☑ Yes   ☐ No

     If your answer is YES, briefly explain:
     yes, he was operating under the color
     of law

Rev. 10/3/19

**Defendant #2:**

C.    Defendant ____USP Marion____ is employed as

(Name of Second Defendant)

____United States Penitentiary for federal Bureau____
of Prisons          (Position/Title)

with ____U.S. Dept. of Justice ; Washington, D.C.____

(Employer's Name and Address)

____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☑ Yes    ☐ No

If you answer is YES, briefly explain:

It is an entity, a prison that houses inmates in illegal 3 man cells

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

N/A

Rev. 10/3/19

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes ☑No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s):   N/A

Defendant(s):

2.   Court (if federal court, name of the district; if state court, name of the county):   N/A

3.   Docket number:   N/A

4.   Name of Judge to whom case was assigned:   N/A

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):   N/A

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):   N/A

Rev. 10/3/19

7.  Approximate date of filing lawsuit:  *N/A*

8.  Approximate date of disposition:

*N/A*

9.  Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

*N/A*

III.  **GRIEVANCE PROCEDURE**

A.  Is there a prisoner grievance procedure in the institution?  ☑ Yes   ☐ No

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☑ Yes   ☐ No

C.  If your answer is YES,
    1.  What steps did you take?

*I wrote a BP-8 and BP-9 to Counselor Hicks and the Warden Sproul*

    2.  What was the result?

*They assured that 3 man cells are acceptable via Rated capacity and that USP Marion offers rec yard, church, and library to inmates*

D.  If your answer is NO, explain why not.

*N/A*

E.  If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No

*N/A*

F.  If your answer is YES,
    1.  What steps did you take?

*N/A*

Rev. 10/3/19

2.   What was the result?

N/A

G.   If your answer is NO, explain why not.

N/A

H.   Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

I am currently in the process of gathering all my administrative remedies to submit to this court

Rev. 10/3/19

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

First and foremost, as a pro-se litigant who is a layman of the law and unskilled in the law, I am pursing a claim for the denial of medical care, medical malpractice, and deliberate indifference because I was forced to remain in a housing unit with people who tested positive for COVID-19 until the entire unit caught COVID-19, presenting herd immunity, and I am pursuing a claim for unconstitutional living by housing me in an illegal 3 man cell, which this court is well aware of due to the numerous civil right complaints stemming from USP Marion. I am not being vague, nor ambiguous but crystal clear. Region visited USP Marion this year and ordered the removal of the third bunks by the end of 2022. USP Warden Sproul is well aware of the inhumane living conditions that inmates are suffering from. USP Marion and the FBOP are also accountable for the inhumane suffering by COVID-19 upon myself by a virus that will never leave this prison.

Rev. 10/3/19

V.    **REQUEST FOR RELIEF**

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

*I want this court to award me $500,000.⁰⁰*

VI.    **JURY DEMAND** (*check one box below*)

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:    3-23-22
(date)

Signature of Plaintiff

USP Marion
Street Address

Chesaray Rayborn
Printed Name

Marion  IL  62959
City, State, Zip

20121-033
Prisoner Register Number

Signature of Attorney (if any)

Rev. 10/3/19

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY


DATE: JANUARY 25, 2022


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : CHESARAY RAYBORN, 20121-033
      MARION USP     UNT: UM NORTH     QTR: L01-103L


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID       : 1104699-R1
DATE RECEIVED   : JANUARY 21, 2022
RESPONSE DUE    : MARCH 22, 2022
SUBJECT 1       : HOUSING ASSIGNMENT (EXCEPT SPECIAL HOUSING UNITS)
SUBJECT 2       : REQUESTS FOR MONETARY COMPENSATION



Chesaray Rayborn # 20121-033
USP Marion
P.O. Box 1000
Marion, IL 62959

Legal Mail

20121-033
Clerk United States Distr
750 Missouri AVE
E Saint Louis, IL 62201
United States



RECEIVED

APR - 4 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE